IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,          : | | |
|       Plaintiff,          : | CASE NO. | 5:13-CV-373 |
|                           : | | |
| v.                                 : | | |
|                           : | | |
| $17,000.00 IN UNITED STATES FUNDS, : | | |
|       Defendant Property. : | | |

## WARRANT OF ARREST IN REM

TO:    UNITED STATES MARSHAL
          MIDDLE DISTRICT OF GEORGIA

WHEREAS, a Verified Complaint for Forfeiture has been filed in this Court praying that process issue for the arrest of the Defendant Property that is the subject of this action,

NOW, THEREFORE, you are hereby commanded to seize and arrest the Defendant Property, which is described as $17,000.00 in United States funds, and detain the same in your custody until further order of the Court.

DATED, this  30TH  day of  SEPTEMBER , 2013.



GREGORY J. LEONARD, CLERK
UNITED STATES DISTRICT COURT

By: ____s/Amy N. Stapleton_____
DEPUTY CLERK